UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INTELECOM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOMONIC MONGELLO, SIGMA )<br>SECURITIES, INC., SIGMA TRUST, )<br>SWISS INDEPENDENT TRUSTEES, )<br>S.A., WHITE LABEL, LLC, GRANT )<br>FITZGERALD GALLOWAY, F.G. )<br>MANAGEMENT, INC., NATIONAL )<br>SECURITIES, SCOTTRADE, )<br>SCOTTSDALE CAPITAL ADVISORS, )<br>and FLORIDA ATLANTIC STOCK )<br>TRANSFER COMPANY, )<br>) | Case No. _____<br><br>1:08-cv-0420-SEB-JMS |

## **ORDER GRANTING REQUEST FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, IntelCom, Inc. by counsel, having filed its Motion for Temporary Restraining Order, and the Court having reviewed Plaintiffs' Motion for Temporary Order, Verified Complaint, the Plaintiffs' Memorandum in Support for Temporary Restraining Order, attorney certification and it appearing that unless defendants are restrained from selling, trading, transferring, registering transfer or otherwise disposing of shares of InteleCom stock in their possession and/or control until such time as this Court may determine whether preliminary injunction should be issued InteleCom will be irreparably harmed in the event that such shares are sold, traded, transferred, registered for transfer or otherwise disposed of by its inability to have said shares returned to it, such shares have unique value. Furthermore, the circumstances warrant issuance of this TRO without notice to defendants because the acts of certain defendants

indicate a significant danger that they will take immediate action to sell, trade, transfer, register transfer and/or take other acts to dispose of the shares upon notification of this proceeding.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court pursuant to Fed. R. Civ. Pro. 65:

1. That Defendants Sigma Securities, Inc., Sigma Trust, Swiss Independent Trustees, Domonic Mongello, White Label, LLC, Grant F. Galloway and F.G. Managment, their agents, successors, assignees, principals, assignors, trusts and persons acting in concert with them shall take no action whatsoever to sell, trade, transfer, register transfer or otherwise dispose of any InteleCom shares in their possession and or control.

2. That Defendants Scottrade, Scottsdale Capital Advisors, National Securities their agents, successors, assignees, principals, assignors, trusts and persons acting in concert with them shall take no action whatsoever to sell, trade, transfer, register transfer or otherwise dispose of any InteleCom shares held in the following accounts:

    a. National Securities account number 5617-3316 (F.G. Management, Inc.);

    b. Scottrade account number 342 43677 (Grant Fitzgerald Galloway);

    c. Scottsdale Capital account number 142722 (Domonic Mongello);

    d. Scottsdale Capital account number 142111 (Miracles R Us Holding); or

    e. Any other account of any Defendant in this action or any agent, successor, assignee, principal, assignor, or trust Scottrade, Scottsdale Capital or National Securities knows or reasonably believes to be affiliated with or acting in concert with any Defendant in this action.

3. Florida Atlantic Stock Transfer Company shall take no action to transfer or register transfer of any IntelCom stock or shares to any Defendant in this action or any agent,

successor, assignee, principal, assignor, or trust Florida Atlantic Stock Transfer Company knows or reasonably believes to be affiliated with or acting in concert with any Defendant in this action.

IT IS FURTHER ORDERED that Defendants shall appear and show cause at a hearing to be held on _Monday, April 7_, 2008 at _2:00_ am/pm at _210 US Cthouse, Indpls., IN_, ~~or as soon thereafter as counsel may be heard~~, why a preliminary injunction should not be issued to preliminarily enjoin Defendant, during the pendency of this action as described above. Plaintiff shall post a 10% bond in the amount of $200,000. SB

FURTHER ORDERED that service of this order shall be made on Defendants ~~on or before~~ forthwith.

Date: _3/31/08_
Time: _4:00_

_Sarah Evans Barker_
Judge, United States District Court,
Southern District of Indiana