UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INTELECOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  1:08-cv-00420-WTL-JMS |
| | ) |
| DOMONIC MONGELLO, et al., | ) |
| | ) |
| Defendants. | ) |

### Order Striking Pending Claims

A "corporation is not permitted to litigate in a federal court unless it is represented by a lawyer licensed to practice in that court." *U.S. v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008). Based upon proceedings and directions issued at the conference of February 18, 2010, and based also upon the plaintiff corporation's failure to appear by counsel as directed, all claims which have not previously been adjudicated are **stricken.**

**IT IS SO ORDERED.**

Date: 04/14/2010

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Peter S. French
Randall D. Rogers, Jr.
LEWIS & KAPPES, P.C.
pfrench@lewis-kappes.com
rrogers@lewis-kappes.com

Florida Atlantic Stock Transfer
Highest Officer Found
7130 N. Nob Hill Rd.
Ft. Lauderdale, FL 33321-1841

Scottrade
c/o CT Corporate Systems
Registered Agent
251 E. Ohio Street, Ste. 1100
Indianapolis, IN 46204

Scottsdale Capital Advisors
Highest Officer Found
7170 E. McDonald Drive, Ste. 6
Scottsdale, AZ 85253

White Label, LLC
Highest Officer Found
10033 S. Ross Avenue
Oklahoma City, OK 73159

Domonic Mongello
dom4biz@gmail.com

Grant Fitzgerald Galloway
gfg@sigmacapitaltrust.com

John Roberts
InteleCom, Inc.
2421 East Washington Street
Indianapolis, Indiana. 46201